**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

TG **FILED**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                                                 Case Number:

EDWARD A. BERMAN, on behalf of himself and all others similarly situated, Plaintiff, v. 2110-12 SOUTH WABASH LCC d/b/a Room 21, Defendant.

**08 C 324**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Edward A. Berman

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
| --- |
| Terrence Buehler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Terrence Buehler |
| FIRM |
| Buehler & Williams |
| STREET ADDRESS |
| 161 North Clark Street, Suite 2210 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6181738 | (312) 372-2209 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐