**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 324 |

EDWARD A. BERMAN, on behalf of himself and all others similarly situated, Plaintiff,

v.

2110-12 SOUTH WABASH LLC d/b/a Room 21, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

2110-12 SOUTH WABASH LLC d/b/a Room 21

| |
|---|
| NAME (Type or print) |
| Peter A. Silverman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter A. Silverman |
| FIRM |
| Figliulo & Silverman, P.C. |
| STREET ADDRESS |
| 10 South Lasalle Street |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6196081 | 312.251.4600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

## APPEARANCE

was caused to be served upon counsel listed below on February 7, 2008 via Electronic Notification by the District Court's ECF Filing System.

/s/ Peter A. Silverman

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com