## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case Number: 08 C 324

EDWARD A. BERMAN, on behalf of himself and all others similarly situated, Plaintiff,
v.
2110-12 SOUTH WABASH LLC d/b/a Room 21,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

2110-12 SOUTH WABASH LLC d/b/a Room 21

| | |
|---|---|
| NAME (Type or print) <br> Michael T. Graham | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael T. Graham | |
| FIRM <br> Figliulo & Silverman, P.C. | |
| STREET ADDRESS <br> 10 South Lasalle Street | |
| CITY/STATE/ZIP <br> Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280124 | TELEPHONE NUMBER <br> 312.251.4600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing:

**APPEARANCE**

was caused to be served upon counsel listed below on February 7, 2008 via Electronic Notification by the District Court's ECF Filing System.

<u>/s/ Michael T. Graham</u>

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com