UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD A. BERMAN, on behalf of Himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No.   08 C 324 |
| v. | ) ) | Judge Der-Yeghiayan |
| 2110-12 SOUTH WABASH LLC, d/b/a Room 21, | ) ) ) | Magistrate Judge Keys |
| Defendant. | ) ) | |

**UNCONTESTED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

Defendant, 2110-12 South Wabash LLC, d/b/a Room 21, through its attorneys, requests an extension of time from February 7, 2008 to March 7, 2008 to respond to the Complaint. The Plaintiff alleges a violation of the Fair Accurate Credit Transactions Act, contending that he dined in the Defendant's restaurant and that the receipt that he received of his payment by credit card contained the expiration date of the credit card. The Defendant seeks an extension of time to respond to the Complaint to allow for investigation of the matter and for Defendant to determine whether its insurer will defend the claims. Plaintiff has no objection to the requested extension of time.

Wherefore, the Defendant requests that the Court enter an Order extending the date for the filing of its response to the Complaint to March 7, 2008, and providing such other relief deemed to be appropriate.

           2110-12 SOUTH WABASH LLC
           d/b/a ROOM 21

           By:  /s/ Peter A. Silverman_____
                  One of Its Attorneys

Peter A. Silverman (6183947)
Michael T. Graham (6280124)
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL  60603
312.251.4600
312.251.4610/fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

**UNCONTESTED MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

was caused to be served upon counsel listed below on February 7, 2008 via Electronic Notification by the District Court's ECF Filing System.

/s/ Peter A. Silverman

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com