# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **EDWARD A. BERMAN, on behalf of** | ) | | |
| **Himself and all others similarly situated,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | **No.** | **08 C 324** |
| | ) | | |
| **v.** | ) | **Judge Der-Yeghiayan** | |
| | ) | | |
| **2110-12 SOUTH WABASH LLC, d/b/a** | ) | **Magistrate Judge Keys** | |
| **Room 21,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## NOTICE OF MOTION

On **Wednesday, February 13, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, in Courtroom 1903, of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and shall then and there present the attached **UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

**2110-12 SOUTH WABASH LLC**
**d/b/a ROOM 21**

By: /s/ Peter A. Silverman_____
       One of Its Attorneys

Peter A. Silverman (6183947)
Michael T. Graham (6280124)
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL  60603
312.251.4600
312.251.4610/fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

## NOTICE OF MOTION

was caused to be served upon counsel listed below on February 7, 2008 via Electronic
Notification by the District Court's ECF Filing System.


<u>/s/ Peter A. Silverman</u>


Counsel:


The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com