**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, </br></br>                Plaintiff,</br></br>        v.</br></br>2110-12 SOUTH WABASH LLC d/b/a Room 21,</br></br>                Defendant. | Case No.  08 C 324</br></br>Judge Der-Yeghiayan</br></br>Magistrate Judge Keys |

## JOINT INITIAL STATUS REPORT

Plaintiff EDWARD A. BERMAN and Defendant 2110-12 SOUTH WABASH LLC d/b/a Room 21, by the following attorneys of record:

*For the Plaintiff Edward A. Berman*:

Terrence Buehler (lead trial attorney)
Jeffrey J. Halldin
BUEHLER & WILLIAMS
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
(312) 372-2209

*For the Defendant 2110-12 South Wabash LLC d/b/a Room 21*

Peter A. Silverman (lead trial attorney)
Michael T. Graham
FIGLIULO & SILVERMAN, P.C.
10 South Lasalle Street
Suite 3600
Chicago, Illinois 60603
(312) 372-2209

submit this joint initial status report pursuant to this Court's minute entry of February 12, 2008.

**I.     The Nature of the Case**

1. Plaintiff alleges that Defendant violated the Fair Credit Reporting Act as amended by the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c by printing receipts that include both the last four numbers of its customers' credit and debit cards and their expiration dates.

2. The relief sought by the Plaintiff is as follows:

   - An injunction prohibiting Defendant from printing receipts that include more than the last five digits of its customers' credit card or debit card number and the expiration date of its customers' credit card or debit card;

   - Statutory damages of $100 to $1,000 for each of Defendant's violations;

   - Punitive damages if appropriate; and

   - Attorneys' fees and costs.

3. All parties have been served.

4. The principal legal issues in this case are: (1) whether or not defendant's receipts comply with FACTA; (2) whether the defendant acted willfully; and, (3) whether or not a class should be certified.

5. The principal factual issues are whether Defendant did, in fact, print receipts that included the expiration date of its customers' credit cards and debit cards; whether the defendant acted willfully.

**II.    Pending Motions and Case Plan**

6. No motions are currently pending.

7. No discovery has been requested or exchanged.

8. The types of discovery needed are as follows: Plaintiff will need documents and information relating to Defendant's credit and debit card processing equipment and information relating to the putative class. Defendant will need discovery concerning whether Plaintiff is a

proper class representative, the putative class, Plaintiff's claim and concerning the vendor who installed defendant's computer system.

  9.  The parties propose the following dates:

    a.  Rule 26(a)(1) disclosures shall be exchanged by March 25, 2008.

    b.  Fact discovery shall be completed by July 25, 2008.

    c.  Expert discovery shall be completed by October 25, 2008. Plaintiff's expert reports shall be delivered by August 25, 2008. Defendant's expert reports shall be delivered by September 25, 2008.

    d.  All dispositive motions shall be filed by November 25, 2008.

    e.  A final pretrial order shall be filed by January 25, 2009.

  10.  The case will be ready for trial by January 25, 2009.

  11.  The probable length of trial is no more than 5 days.

  12.  Defendant will request a trial by jury.

  13.  There have been no settlement discussions.

  14.  The parties do not consent to proceed before a Magistrate Judge.

Dated: March 5, 2008        Respectfully submitted,

              EDWARD A. BERMAN, on behalf of himself and
              all others similarly situated, Plaintiff


            By:  /s/ Jeffrey J. Halldin
              BUEHLER & WILLIAMS
              Attorney for Plaintiff
              161 North Clark Street
              Suite 2210
              Chicago, Illinois 60601
              Phone: (312) 372-2209
              Fax: (312) 456-3838
              Email: jhalldin@touhylaw.com

2110-12 SOUTH WABASH LLC d/b/a Room 21, Defednant


By:   /s/ Peter A. Silverman
      FIGLIULO & SILVERMAN, P.C.
      Attorney for Defendant
      10 South Lasalle Street
      Suite 3600
      Chicago, Illinois 60603
      Phone: (312) 251-4600
      Fax:    (312) 251-4610
      Email: psilverman@fslegal.com

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

The undersigned hereby certifies that on March 5, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

Peter A. Silverman

Michael T. Graham

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

    /s/   Jeffrey J. Halldin
BUEHLER & WILLIAMS
Attorney for Plaintiff
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
Phone: (312) 372-2209
Fax:     (312) 456-3838
jhalldin@touhylaw.com