**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08 C 324 |
| v. ) ) | Judge Der-Yeghiayan |
| 2110-12 SOUTH WABASH LLC d/b/a Room 21, ) ) ) | Magistrate Judge Keys |
| Defendant. ) | |

## JOINT JURISDICTIONAL STATUS REPORT

Plaintiff EDWARD A. BERMAN and Defendant 2110-12 SOUTH WABASH LLC d/b/a Room 21, by their attorneys, submit this joint jurisdictional status report pursuant to this Court's minute entry of February 12, 2008.

### I.  Subject Matter Jurisdiction

The Court has federal question jurisdiction because Plaintiff asserts a claim under the Fair Credit Reporting Act as amended by the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c.

### II.  Venue

Plaintiff submits that venue is appropriate in this district and division both because he is a resident of Chicago, Illinois and because his cause of action arises from a credit card transaction that took place on September 27, 2007, at Defendant's restaurant, Room 21, which is located at 2110 South Wabash Avenue, Chicago, Illinois. (Berman Aff., Exhibit A hereto). Plaintiff further submits, on information and belief, that Defendant is a limited liability company organized under the laws of Illinois, and that its Chicago restaurant is its principle place of business.

2

Dated: March 5, 2008  Respectfully submitted,

EDWARD A. BERMAN, on behalf of himself and all others similarly situated, Plaintiff

By: /s/ Jeffrey J. Halldin
 BUEHLER & WILLIAMS
 Attorney for Plaintiff
 161 North Clark Street
 Suite 2210
 Chicago, Illinois 60601
 Phone: (312) 372-2209
 Fax: (312) 456-3838
 Email: jhalldin@touhylaw.com

2110-12 SOUTH WABASH LLC d/b/a Room 21, Defendant

By: /s/ Peter A. Silverman
 FIGLIULO & SILVERMAN, P.C.
 Attorney for Defendant
 10 South Lasalle Street
 Suite 3600
 Chicago, Illinois 60603
 Phone: (312) 251-4600
 Fax: (312) 251-4610
 Email: psilverman@fslegal.com

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

  The undersigned hereby certifies that on March 5, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

  Peter A. Silverman

  Michael T. Graham

  The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

  Not Applicable

          /s/ Jeffrey J. Halldin
         BUEHLER & WILLIAMS
         Attorney for Plaintiff
         161 North Clark Street
         Suite 2210
         Chicago, Illinois 60601
         Phone: (312) 372-2209
         Fax: (312) 456-3838
         jhalldin@touhylaw.com