IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 08 C 324 |
| v. ) ) | Judge Der-Yeghiayan |
| 2110-12 SOUTH WABASH LLC d/b/a Room 21, ) ) ) | Magistrate Judge Keys |
| Defendant. ) | |

### AFFIDAVIT OF EDWARD A. BERMAN

Edward A. Berman, being duly sworn on oath, deposes and states as follows

1. I am a resident of Chicago, Illinois.

2. On or about September 27, 2007, I dined at the restaurant Room 21 which is located at 2110 South Wabash Avenue, Chicago, Illinois.

3. After that meal, I received a printed receipt from Room 21 which forms the basis of this controversy.

FURTHER AFFIANT SAYETH NAUGHT

_____
Edward A. Berman

SWORN AND SUBSCRIBED to
before me this 4th day of March 2008

_____
Notary Public

OFFICIAL SEAL
LISA A AVERY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/26/11