UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Edward A. Berman
                                    Plaintiff,

v.                                                     Case No.: 1:08−cv−00324
                                                          Honorable Samuel Der−Yeghiayan

2110−12 South Wabash LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 07/23/08 at 9:00 a.m. Plaintiff's expert disclosure and reports shall be served by 06/13/08. Defendant's expert disclosure and reports shall be served by 06/27/08. All discovery shall be noticed in time to be completed by 07/11/08. Dispositive motions are to be filed by 08/11/08. Responses to the dispositive motions, if any, are to be filed by 08/25/08 and replies, if any, are to be filed by 09/02/08. As stated on the record, Defendant is given until 03/14/08 to file a third−party complaint. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.