# EXHIBIT 1



## SALES CONTRACT

### THIS SALES CONTRACT IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:

1. This Sales Contract shall be effective only when accepted by an officer of RETAIL CONTROL SOLUTIONS and executed by both parties.

2. Assent of Customer to the terms and conditions of sale set forth below and on the reverse side hereof shall be conclusively presumed from failure of Customer reasonably to object in writing and from acceptance by Customer of all or any part of the material ordered.

3. The down payment listed on the reverse side represents a non-refundable payment as reimbursement for systems consultation services associated with the evaluation, system presentation, programming, documentation, order processing costs, training, installation, parts, equipment, depreciation, labor and sales commission. I understand that if we are not able to obtain financing for products purchased from Retail Control Solutions Inc. and/or Retail Control Solutions, the costs exceed our deposit, we will be invoiced for any systems consultation services associated with site evaluation, system presentation, programming, documentation, order processing costs, training, installation, parts, equipment, depreciation, labor and sales commissions. By signing below, I give Retail Control Solutions, Inc. our company's approval to proceed with our installation under the terms of this Sales Contract.

4. Title, ownership, and right to possession of the equipment listed on the reverse side shall remain with RETAIL CONTROL SOLUTIONS until all sums due under this contract are paid. If payment is not made when due, then RETAIL CONTROL SOLUTIONS shall have the immediate right to enter any premises where the equipment is located and to take possession of the equipment without notice or demand and without legal proceedings and Customer agrees to pay on demand a reasonable equipment rental fee and all expenses which have been reasonably incurred by RETAIL CONTROL SOLUTIONS including, but not limited to, UN-reimbursed training and installation expense, attorneys fees and court costs.

5. Any financing documents executed in connection with this contract, including, but not limited to, any promissory note, security agreement, or financing statement shall be deemed a part of this contract. If a lease option has been chosen, the deposit remits the amount however the deposit check will be returned, less any outstanding invoices, upon final payment by the specified leasing company.

6. The Customer acknowledges that if the purchase price for the products purchased by the Customer, as set forth in the Agreement is not paid pursuant to the terms set forth on the reverse side, then the software associated with such products will automatically cease to operate, and RETAIL CONTROL SOLUTIONS will have no liability or responsibility whatsoever for any loss, cost, damage, claims, or injury, of any kind or nature resulting there from.

7. RETAIL CONTROL SOLUTIONS will endeavor in good faith to deliver products purchased by Customer pursuant to the Agreement within the time specified in RETAIL CONTROL SOLUTIONS order acceptance, but RETAIL CONTROL SOLUTIONS shall not be liable for any delay in delivery or failure to deliver caused by unavailability of materials, strike or other labor related difficulties, interruption of production due to mechanical or technical reasons, government interference or force majeure.

8. All claims for shortage or damage before delivery shall be deemed Waived unless made in writing and delivered to RETAIL CONTROL SOLUTIONS within ten days after delivery of the equipment to the Customer.

9. Upon delivery, all risk of loss or damage to the equipment from any cause whatsoever shall be borne by Customer.

10. Retail Control Solutions shall provide Training, Travel, Live Coverage and a Follow-Up visit for the number of hours set forth in the Implementation Services Estimate section of the Investment Analysis. Customer understands that the number of hours outlined in the Implementation Services Estimate section is an estimate and that any hours used will be returned to the customer and any hours over the estimate will be invoiced at our then current prevailing rate.

11. The price listed on the reverse side may include initial programming and training of personnel in the use and operation of the equipment. RETAIL CONTROL SOLUTIONS and Customer agree that RETAIL CONTROL SOLUTIONS' sole obligation for training is to supply a qualified instructor for the designated number of training hours, and does not include food cost and inventory training, unless otherwise noted. RETAIL CONTROL SOLUTIONS neither warrants nor represents that after such training time any specific individual or individuals designated by Customer will be able to properly use and operate the equipment.

12. The price listed on the reverse side includes installation of the equipment, except that it is expressly understood that installation of the requisite AC power lines, Data Cable, Telephone Line and Broadband Connection is the sole responsibility of the Customer, and spelled out in proposal section 1, titled "...Setup, Installation, Training and Support Plan". Customer acknowledges the receipt of "Setup, Installation, Training and Support Plan" along with documentation concerning the requirement for dedicated, isolated and installed AC power line, Data Cable and Broadband Connection for all RETAIL CONTROL SOLUTIONS equipment. RETAIL CONTROL SOLUTIONS shall not be responsible for the inspection of such AC Power, Data Cable, Telephone Lines and Broadband Connection installations. Customer acknowledges and agrees that RETAIL CONTROL SOLUTIONS warranty is conditioned upon Customers providing conditions conforming to RETAIL CONTROL SOLUTIONS specifications.

13. RETAIL CONTROL SOLUTIONS warrants that upon delivery, the equipment shall be in good working order. After delivery, should any part of the equipment prove to be defective in material or workmanship, RETAIL CONTROL SOLUTIONS will repair or replace such part at no charge to Customer for a period of 90 days including parts and labor. This warranty is available Monday through Friday from 9:00 AM to 5:00 PM, excluding holidays. An extended warranty service performed outside of this time period will be billed, including travel, at the prevailing rate. THIS IS THE ONLY WARRANTY MADE AS TO THE EQUIPMENT AND IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESSED, IMPLIED, OR STATUTORY, INCLUDING THE WARRANTY OF MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE. RETAIL CONTROL SOLUTIONS SOLE OBLIGATION UNDER THIS WARRANTY IS LIMITED TO THE REPAIR OR REPLACEMENT OF THE EQUIPMENT OR PARTS THEREIN. IN NO EVENT SHALL RETAIL CONTROL SOLUTIONS OR ITS EMPLOYEES BE LIABLE FOR ANY LOSS OF PROFITS, LOSS OF REVENUE, LOSS OF DATA, LOSS OF USE OR OTHER INDIRECT INCIDENTAL OR CONSEQUENTIAL DAMAGES. HARDWARE AND SOFTWARE MAINTENANCE PLANS MAY BE PURCHASED AFTER THE 90-DAY WARRANTY PERIOD.

14. Warranty coverage will not be extended for repairs made necessary by damages due to fire, water, storm, lightning, burglary, power line fluctuations, spillage, accident, negligence, or abuse.

15. The warranty specifically excludes damages to the printer heads or printer rollers caused by paper jams or insertion of foreign objects between the printer head and the print surface. This contract constitutes the entire contract between Customer and RETAIL CONTROL SOLUTIONS and may not be amended except by a written letter signed by both Customer and an officer of RETAIL CONTROL SOLUTIONS. Customer expressly represents to RETAIL CONTROL SOLUTIONS that no officer, employee, representative or agent of RETAIL CONTROL SOLUTIONS has made or entered into any oral agreement, promise or understanding which conflicts with any of the terms set forth in this contract.

16. This contract shall be governed by and construed according to the laws of the state of Massachusetts.

17. This contract shall be binding upon and inure to the benefit of RETAIL CONTROL SOLUTIONS and Customer and to the successor or assigns of the entire business and assets of either of them or of that part of the business and assets of either used in the performance of this contract. It is anticipated and understood that RETAIL CONTROL SOLUTIONS will subcontract certain of its obligations under contract to RETAIL CONTROL SOLUTIONS service representatives.

18. The lack of enforcement, the invalidity for the enforceability of a provision in this contract shall not render any other portion or term of the contract invalid or unenforceable.

19. RETAIL CONTROL SOLUTIONS shall have the right to terminate any order, or to delay the shipment thereof, by reason of the filing of bankruptcy or insolvency proceedings relating to the Customer, breach of any of the terms of this contract, equipment within advance written approval, the tendency of any proceedings against Customer of the Customer's failure to meet any other reasonable requirements established by RETAIL CONTROL SOLUTIONS.

20. Client and RETAIL CONTROL SOLUTIONS responsibilities are spelled out in proposal section 1 titled "...Setup, Installation, Training and Support Plan." Training will be on minimum as outlined in "...Setup, Installation, Training and Support Plan."

21. The customer may provide and add their own software applications at their own risk. If the customer installed software causes harm or conflicts with the point of sale software, if required, RCS will invoice for our time to correct the problem. Additionally, for hard disk has been checked for viruses using industry standard software tools. The warranty does not cover any viruses found after initial installation and any labor by RETAIL CONTROL SOLUTIONS to find and correct these viruses will be invoiced at our prevailing rate.

22. Price does not include any applicable state taxes, unless otherwise noted.

23. Price does not include paper and ribbon supplies, unless otherwise noted.

24. Meals to be provided by the client for the RETAIL CONTROL SOLUTIONS support staff during live coverage.

25. Normal delivery time is 4 to 6 weeks, but is flexible subject to schedule of both the client and RETAIL CONTROL SOLUTIONS.

**Please Sign Here**

By: _____ Date: 3, 15, 07    By: _____    Date: _____
RCS Signature                                Customer Signature

Version – 08-16-04

# EXHIBIT 2



faxed 2/16/07
to 630-521-1994



Investment Analysis
Prepared For:

2112 Wabash LLC

Note: Ground Guard Power Protection

Proposal Date:
02/07/07



| | Ground Guard | | | | | | |
|---|---|---|---|---|---|---|---|

 Ground Guard power conditioners provide networked systems with benefits beyond those of traditional power conditioning products. Patented POWERVAR filter elements in the safety ground circuit prevent the formation of "ground loops," which are common in networked applications. This new "ground conditioning" feature combined with our standard power conditioning elements eliminates the need for both dedicated electrical circuits and isolated ground wiring.

| 4 | ABCG065-11 | | | | | | $ 215 | $ 860 |
|---|---|---|---|---|---|---|---|---|
| | | ** Amps | 0.65 | ** Outlets | 2 | | | |
| 6 | ABCG152-11 | | | | | | $ 330 | $ 1,980 |
| | | ** Amps | 2.00 | ** Outlets | 4 | | | |
| 1 | ABCG402-11 | | | | | | $ 615 | $ 615 |
| | | ** Amps | 4.00 | ** Outlets | 4 | | | |
| | | | | | Subtotal Recommended Additions | | $ | 3,455 |

**System Investment with
Recommended Additions:**          $        3,455

*Note: See Addendum For Important System Notes.*



## System Addendum

### System Notes:

| | |
|---|---|
| ✻ | Proposal Valid For 30 Days From Issue |
| ✻ | Appropriate Taxes To Be Included At Time Of Invoice |
| ✻ | The Hardware Warranty Period Is 365-Days (Mon. - Sun. 9:00am - 10:00pm) ▼ |
| ✻ | The Software Warranty Period Is 365-Days (Mon. - Sun. 9:00am - 10:00pm) ▼ |
| ✻ | Proposal Does Not Include Cost Associated With Requisite AC & Communications Cabling |
| ✻ | All Cabling and Terminations, according to RCS specifications, are to be provided by the customer |

### Payment Options

| | |
|---|---|
| ✻ | 35% Due At Signing; 35% Due At First Delivery; Balance Due Upon Delivery Of Equipment ▼ |
| ✻ | RCS Works With Many Third Party Leasing Companies Who Provide Progress Funding |

### Implementation Services Estimate

| 1 | Installation & Training Estimate | | $ | 2,226 | $ | 2,226 |
|---|---|---|---|---|---|---|

| | Hours | Rate |
|---|---|---|
| -Delivery and Setup | Total Devices | Hours |
| # of POS Terminals + POS Driver & Backoffice PC's | 7 | 5.25 |
| Menu Survey- Table Service | 1.50 | $65 |
| Order Entry Training- Table Service | 4.00 | $65 |
| Backoffice Training | 4.00 | $65 |
| 3rd Training | 3.00 | $65 |
| T&A Training | 1.00 | $65 |
| Labor Scheduling Training | 1.00 | $65 |
| Credit Card Training | 0.50 | $65 |
| Redundancy Train and Setup software | 0.50 | $65 |
| Navigator Training | 1.00 | $65 |
| Live 1- Dinner only | 8.00 | $65 |
| Live 2- Dinner only | 4.50 | $65 |
| Total Hours Selected | 34.25 | |

#### *Customer Signature and Acknowledgement*

### Total Implementation Services Estimate      $   2,226

*Implementation Estimate is based upon current understanding of customer requirements
*Customer Training to take place Monday - Friday unless otherwise agreed upon
*Additional Implementation Days are available and chargeable

*The above labor charges are an estimate only.*
*Any unused time will be credited back: Any additional time will be billed accordingly.*

**Programming, Installation, & Training billable at $140/Hours if not
purchased at contract or prepaid time not purchased.**



**Investment Analysis**
**Prepared For:**

| 2110 Wabash, LLC |

**Proposal Date:**
**9/15/2006 Revised 1/7/2007**

**Note: 6 Terminals**

## Front Of The House Hardware

| Qty | Item | | | | Price | | Total |
|---|---|---|---|---|---|---|---|
| 5 | Smart Client Touch Terminal | | | | $ 1,570 | $ | 7,850 |
| | - Black | - 12.1" LCD / MSR | - Windows CE | - 128 MB | - Table Mount | | |
| | outer 2 wallmount | | | | | | |
| 1 | Hyper Smart Client Touch Terminal | | | | $ 1,945 | $ | 1,945 |
| | - Black | - 12.1" LCD / MSR | - Win XP Pro | - 128 MB | - Table Mount | | |
| 6 | Printer - Thermal (Silent; Fast Printing Speed; For Guest Checks) | | | | $ 385 | $ | 2,310 |
| | - Samsung | - Auto Cut | - Dark Grey | | | | |
| | - Cable | - Custom Printer Cable | | | | | |
| 4 | Printer - Impact (2-Color; For Remote Preparation Printing) | | | | $ 395 | $ | 1,580 |
| | - Epson | - Auto Cut | - Black | | | | |
| | - Cable | - Custom Printer Cable | | | | | |
| 4 | Cash Drawer | | | | $ 210 | $ | 840 |
| | - APG | - Non Intelligent | - 5 Bay Insert | - Black | | | |
| | | | | Subtotal Front Of House Hardware | | $ | 14,525 |

## BackOffice Server And Peripherals

| Qty | Item | | | | Price | | Total |
|---|---|---|---|---|---|---|---|
| 1 | POSitouch Windows BackOffice Computer Server/Combo POS Driver | | | | $ 1,191 | $ | 1,191 |
| | - P4 3.0 GHz | - Win XP Pro , Norton | - Snd, CD-RW | - Flp Drv & NIC | - Modem | | |
| | - 1 GB RAM | | | | | | |
| | - 80.0 GB Hard Drive | | | | | | |
| | - CD Backup Software | | | | | | |
| 1 | Networking Equipment | | | | $ 105 | $ | 105 |
| | - Linksys | - Network Switch | - 16 Ports | | | | |
| 1 | Networking Equipment | | | | $ 155 | $ | 155 |
| | - Linksys | - Wireless Antenna | | | | | |
| 1 | Equipment Required For Client Provided Back Office Computer | | | | $ 145 | $ | 145 |
| | - A/B Switch | - Electronic | - Keyboard / Video / Mouse | - With Cables | | | |
| | | | | Subtotal BackOffice Server And Peripherals | | $ | 1,596 |

## System Software

| Qty | Item | | | Price | | Total |
|---|---|---|---|---|---|---|
| 6 | POSitouch Terminal, Backoffice and Management Software | | | $ 1,230 | $ | 7,380 |
| | - Licensed by Terminal | - Per Terminal | | | | |
| 1 | POSitouch Full Inventory With Food & Liquor Cost Software | | | INCLUDED | | |
| | * POSitouch Module | | | | | |
| | | | Subtotal System Software | | $ | 7,380 |

## Optional Hardware / Software Upgrades & System Interfaces

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Manager's / Delivery Keyboard | | - Tan | | $ 40 | $ 40 |
| | - Standard | - Large | | | | |
| 1 | Customized Promotional Enhancements | | | - Thermal Printer Only | $ 175 | $ 175 |
| | - Combo | - Screen Saver | - Check Logo | | | |
| 1 | Integrated Credit Card Processing | | | - New POS System | $ 595 | $ 595 |
| | - Credit Cards | - Sliptstream | - Dwold Inc. | | | |
| 1 | POSitouch Software Enhancements | | | - New POS System | $ 120 | $ 120 |
| | - Time & Attendance with Labor Scheduling Module | | | | | |
| | - Support | - PCAnywhere | - Windows XP | | | |
| 2 | Specialized Hardware Additions | | | | $ 150 | $ 300 |
| | - Wireless Bridge for a terminal | | | | | |
| | | | | Optional Hardware / Software Upgrades & System Interfaces | $ | 1,230 |

| | | | |
|---|---|---|---|
| | System Subtotal: | $ | 24,731 |
| 15.00% | System Discount: | $ | 3,710 |

## Implementation Services Estimate

| | | | |
|---|---|---|---|
| 1 | Programming and Database Development | $ 455 | $ 455 |
| | -Table Service Restaurant -Dinner Only | | |
| 1 | System Setup, Staging, Configuration & Software Loading | $ 475 | $ 475 |
| | -On-Site Installation and 7 Round Trips Included | | |
| | -Remove On Site Follow Up / Replace With Phone Follow Up | | |
| | -Only One Day Live Coverage | | |
| 1 | Implementation Service Estimate | $ 2,226 | $ 2,226 |
| | -Survey, Training, & Live Coverage as selected by Customer | | |
| | -See attached addendum below | | |
| 1 | Extended Hardware Maintenance Coverage | $ 2,844 | $ 2,844 |
| | * Extended Maintenance Coverage For Hardware Only | | |
| 1 | Extended Software Maintenance Coverage | $ 1,484 | $ 1,484 |
| | * Extended Maintenance Coverage For Software Only | | |
| | Subtotal Implementation Services | $ | 7,484 |

| | | |
|---|---|---|
| System Investment: | $ | 28,506 |

Note: See Addendum For Important System Notes.

| | | |
|---|---|---|
| System Investment with Recommended Additions: | $ | 28,506 |

Note: See Addendum For Important System Notes.

## Retail Control Solutions, Inc. Wiring Addendum
### COMMUNICATIONS WIRING

*PLEASE READ AND SIGN BELOW*

1. Please refer to the POSitouch Wiring Diagram for the custom wiring layout and call the Service Manager at RETAIL CONTROL SOLUTIONS INC. If you have any questions. 630-521-9900 ext 10.

2. Cable type must be UTP CATEGORY 5 (solid) unless otherwise specified on your wiring diagram. Connectors must be Cat 5, RJ-45 eight prong female connectors, installed on both ends of the data cable. Data cable may be ordered from RETAIL CONTROL SOLUTIONS INC. 630-521-9900 ext. 109

3. All Data cables must be accurately marked and pulled into a single gang box at each device location. Do not exceed 4 cables in a single gang box. The single gang boxes should be installed within 4 feet of the equipment being connected and must be accessible. Please leave an excess of 3 feet of cable in each box If Retail Control Solutions is doing the terminations. Don't exceed 300 feet per cable run. Patch panels may be required, see your custom wiring layout.

4. Data cables must not be run in or on any raceway with electrical A/C wiring. Please keep these cables 1 foot away from any device causing electrical interference (i.e. motors, compressors, lighting, or any A/C power lines etc.)

5. Telephone lines must be pulled to the appropriate device noted on your Wiring Layout.

6. It may be necessary to have your Electrician drill holes into your counter tops and bar to run your power cords and data cables through keeping them out of sight.

7. Please provide Retail Control Solutions with a clean, dry, flat surface large enough to accommodate your POSitouch equipment. The equipment must be easily accessible to service personnel. Equipment cannot be placed on the floor or high on a shelf.

In order to ensure that the network cabling meets proper specifications, Retail Control Solutions requires all installations have the network cabling certified with a network cabling meter. In turn, the results from the test must be forwarded to Retail Control Solutions. If Retail Control Solutions is completing the terminations, we will provide the certification at no additional cost. If the Terminations are being completed by an outside source and they cannot certify the cabling and provide documentation to the customer, Retail Control Solutions must test and certify the cabling for a fee of $175.

### A/C WIRING REQUIREMENTS

1. If you are installing the PREFERRED METHOD of power protection, POWERVAR Power Conditioners on every device, you do not have to install dedicated wiring with isolated grounds; you do need legal, grounded outlets capable of carrying a 15-amp load at terminal locations and a 20-amp load at the PC location. POWERVAR's must be installed on every device on the system. If you are not installing POWERVAR the below mentioned specs apply.

*** *In spite of the installation of Dedicated Isolated A/C wiring, it is possible power problems still may occur, they could be generated by the power company or by other equipment in the building. If this should occur, POWERVAR power conditioners or some other corrective measure may be required.*

2. Dedicated A/C wiring with Isolated Grounds must be installed at every device including printers.
   2.1. Dedicated Line must have 3 insulated wires in conduit (or equal) capable of carrying 20 amps to the office and 15 amps to the Terminal and printer locations. These lines must be run from the Main Panel box directly to the device. No other wires are to be in or attached to this conduit.
   2.2. The insulated isolated grounding conductors are to be terminated directly at the ground bus in the Main Panel. No grounding conductors shall be terminated anywhere except at the Main Panel Ground Bus.

3. Receptacles must be Isolated Ground type. (Ex. Hubbell 5261 or 5262)

4. Minimum of 4 outlets are needed at the PC in the office and 2 to 4 outlets are needed at the terminal locations depending on your configuration. 1 outlet is needed per remote primer. Please see your wiring diagram for an accurate number of outlets needed.

5. An electrician must check all outlets for proper polarity.

FAILURE TO FOLLOW THE ABOVE SPECS FOR DATA AND A/C WILL VOID YOUR WARRANTY AND OR MAY JEOPARDIZE FUTURE MAINTENANCE COVERAGE.
THIS DOCUMENT WAS RECEIVED BY_____Date____

*PLEASE SIGN HERE*

---

I have reviewed the wiring diagram and the above specs and confirm that all cables are run to the proper location and are labeled and in boxes and all of the above specifications have been followed. **I understand that if RETAIL CONTROL SOLUTIONS INC. is doing the terminations I will be billed $50 per cable run plus travel and labor per hour at the current labor rate for each visit necessary to terminate and test the cabling.**

Please initial this box if you would like Retail Control Solutions to terminate the cabling>>>>>>>>>>>>>>>>>
Please note this addendum must be received by RCS at least 8 business days prior to equipment install date.
When A/C wiring and Data cabling is 100% COMPLETED sign below and Fax to RETAIL CONTROL SOLUTIONS INC. at (630) 521-1994. At that time Terminations and or Testing will be scheduled.

Restaurant Name_____Date_____
Signature_____ Print Name _____ Phone #._____

Version 3-1-06

# PRELIMINARY WIRING DIAGRAM ONLY



# EXHIBIT 3

Retail Control Solutions Inc
Phone: 781-444-7300  Fax: 781-444-7882
460 Hillside Ave., Lower Level
Needham, MA  02494



**Retail Control Solutions INC.**

| | |
|---|---|
| **Invoice** | |
| Number: | **91480** |
| Date: | 3/23/2007 |

Bill-To
**Attn: RYAN O'DONNELL**
**ROOM 21**
**2110 SOUTH WABASH**
**CHICAGO, IL 60616 U.S.A.**

Ship-To
ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

Source: SO No. 26292

| Acct. No. | A/R Cust. No. | Customer PO | Reference | Sales Rep | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 3424 | ROOM 21 | | SALES ORDER | David Herzig | | COD |

Type: Installation
Brief Description: NEW

$30,440.63

| Item ID | Description | Qty | UOM |
|---|---|---|---|
| P-J2 THIN, 12.1 PASSIVE, WINCE, 128RAM | PAL TERM 12.1" D-BULB CE.NET | 3 | EA |
| *12.1" TFT LCD, 733 MHz CPU,128 DDR RAM, MAG CARD READER, 64 MB COMPACT FLASH CARD, NO HARD DRIVE.* | | | |
| P-J2 THICK, W/20GB HRD DRV, WinXP 128RAM | J2 THICK CLIENT TERMINAL, WINXP PRO 128MB | 1 | EA |
| *12.1" TFT LCD, 733 MHZ CPU, 256 MB DDR RAM, MAG CARD READER, 20 GB HARD DRIVE* | | | |
| P-J2 THIN, 12.1 PASSIVE, WINCE, WALL MOUNT, 128MB | PAL TERM 12.1" D-BULB CE WALL MOUNT | 2 | EA |
| *12.1" TFT LCD, 733 MHz CPU,128 DDR RAM, MAG CARD READER, 64 MB COMPACT FLASH CARD, NO HARD DRIVE. COMES WITH WALL MOUNT BRACKET.* | | | |
| P-EPSON, 220B PRINTER W/CABLE | EPSON 220B PRINTER WITH PRINTER CABLE | 4 | EA |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| P-CABLE, PRINTER | Generic Special Printer Cable for any connector | 1.00 |
| P-EPSON, 220B PRINTER | EPSON 220B PRINTER | 1 |

End of Assembly

| | | | |
|---|---|---|---|
| P-SAMSUNG THERMAL PRINTER W/CABLE | SAMSUNG THERMAL PRINTER WITH PRINTER CABLE | 6 | EA |
| *SAMSUNG KPS SRP350 THERMAL RECEIPT PRINTER SERIAL DRK GREY AC ADAPTER.* | | | |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| P-SAMSUNG THERMAL PRINTER | SAMSUNG THERMAL PRINTER | 1 |
| *SAMSUNG KPS SRP350 THERMAL RECEIPT PRINTER SERIAL DRK GREY AC ADAPTER.* | | |
| P-CABLE, PRINTER | Generic Special Printer Cable for any connector | 1.00 |

End of Assembly

| | | | |
|---|---|---|---|
| P-CASH DRAWER, NON INTEL,APG SERIES 100 W/CABLE | P-CASH DRAWER, NON INTEL | 4 | EA |

Retail Control Solutions Inc
Phone: 781-444-7300  Fax: 781-444-7882
460 Hillside Ave., Lower Level
Needham, MA 02494



**Invoice**

Number:  **91480**

Date:  3/23/2007

Attn: RYAN O'DONNELL
ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

| Acct. No. | A/R Cust. No. | Customer PO | Reference | Sales Rep | Ship Via | Terms |
|-----------|---------------|-------------|-------------|--------------|----------|-------|
| 3424 | ROOM 21 | | SALES ORDER | David Herzig | | COD |

*Type: Installation*
*Brief Description: NEW*

| Item ID | Description | Qty. | UOM | |
|---------|-------------|------|-----|--|

Each Assembly Includes ——————

| Item ID | Description | Qty. |
|---------|-------------|------|
| P-CASH DRAWER, NON INTEL,APG SERIES 100 | P-CASH DRAWER, NON INTEL | 1 |
| P-CASH DRAWER CABLE, APG | RJ11 TO RJ45 CASH DRWR CBLE FOR APG NON-INTEL | 1 |

End of Assembly ——————

| Item ID | Description | Qty. | UOM |
|---------|-------------|------|-----|
| P-CASH DRAWER CABLE,DUAL APG SERIES 100 | DUAL APG 100 C/D CABLE | 2 | EA |

Each Assembly Includes ——————

| Item ID | Description | Qty. |
|---------|-------------|------|
| P-CASH DRAWER CABLE, APG-B | RJ11 TO RJ45 CASH DRWR CBLE FOR APG NON-INTEL | 1 |
| P-CASH DRAWER CABLE, APG | RJ11 TO RJ45 CASH DRWR CBLE FOR APG NON-INTEL | 1 |
| P-CASH DRAWER, MULTIPRO, APG SPLITTER CABLE | APG CASH DRAWER SPLITTER CABLE | 1 |

End of Assembly ——————

| Item ID | Description | Qty. | UOM |
|---------|-------------|------|-----|
| P-PC, DELL OPTIPLEX 745 1.86 GHZ W/NORTON. | DELL OPTIPLEX 745 1.86 GHZ W/NORTON | 1 | EA |

Each Assembly Includes ——————

| Item ID | Description | Qty. |
|---------|-------------|------|
| P-PC, DELL OPTIPLEX 745 1.86 GHZ | DELL OPTIPLEX 745,512 RAM, 80GB, 1.86 GHZ | 1 |
| P-SOFTWARE, NORTON ANTIVIRUS | NORTON 2007 ANTIVIRUS | 1 |

End of Assembly ——————

| Item ID | Description | Qty. | UOM |
|---------|-------------|------|-----|
| P-RAM, 512MB TO 1GIG, NEW DELL, 2 DIMM | RAM 512MB TO 1 GIG NEW DELL 2 DIMM | 1 | EA |
| P-SWITCH, 16 PORT 10/100 | 16 PORT SWITCH 10/100 LINKSYS | 1 | EA |
| *EtherFast® 10/100 16-port Workgroup Switch* | | | |

Retail Control Solutions Inc
Phone: 781-444-7300  Fax: 781-444-7882
460 Hillside Ave., Lower Level
Needham, MA  02494


**Retail Control Solutions INC.**

**Invoice**

Number: **91480**

Date: 3/23/2007

Attn: RYAN O'DONNELL
ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

| Acct. No. | A/R Cust. No. | Customer PO | Reference | Sales Rep | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 3424 | ROOM 21 | | SALES ORDER | David Herzig | | COD |

*Type: Installation*
*Brief Description: NEW*

| Item ID | Description | Qty. | UOM |
|---|---|---|---|
| P-HANDHELD,NETWORK ADAPTER, TERMINAL, WIRELSS | HAND HELD COMPACT FLASH CARD | 2 | EA |
| *11MB Wireless compact flash card* | | | |
| P-WIRELESS, ACCESS POINT | WIRELESS ACCESS POINT | 1 | EA |
| *Linksys Instant Wireless Network Access Point WAP11 - Wireless access point - 802.11b* | | | |
| P-KEYBOARD, INDESTRUCTABLE, BLACK | INDESTRUCTABLE KEYBOARD | 1 | EA |
| *KEYBOARD COMES WITH BOTH CONNECTOR TYPES, PS2 AND USB.* | | | |
| P-A/B SWITCH, ELECTRONIC | ELECTRONIC A/B SWITCH | 1 | EA |
| *The A/B switch from Tech Data comes with the cables USB.* | | | |
| P-SOFTWARE, PCANYWHERE | VER 11.5 PCANYWHERE | 1 | EA |
| *PCANYWHERE 11.5 HOST AND REMOTE. FULL OEM CD.* | | | |
| P-SOFTWARE, EZ CD CREATOR 7 | SOFTWARE EZ CD CREATOR VER 7 | 1 | EA |
| *EASY CD & DVD CREATOR BASIC VCD 7.0, FULL CD.* | | | |
| P-SOFTWARE, POSITOUCH PER TERMINAL | POSITOUCH SOFTWARE PER TERMINAL | 6 | EA |
| P-SOFTWARE, SLIPSTREAM, (PROMO NEW SYSTEM) | NEW SYSTEM SLIPSTREAM | 1 | EA |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| P-PC, MODEM 56K W/SOFTWARE US ROBOTICS | P-PC, MODEM 56K W/SOFTWARE US ROBOTICS | 1 |
| P-SOFTWARE, SLIPSTREAM, NEW SYSTEM | CISP-Compliant Credit Card Software - PART OF ASSEMBLY | 1.00 |

End of Assembly

| | | | |
|---|---|---|---|
| P-SOFTWARE, T&A W/LBR,PROMO,NEW SYSTEM | T&A W/LBR PROMO NEW SYSTEM ONLY | 1.00 | EA |
| P-SOFTWARE, DATABASE | DATABASE, SALES ORDER | 1.00 | EA |
| P-SOFTWARE, STAGING AND SHIPPING | STAGING AND SHIPPING, SALES ORDER | 1.00 | EA |
| P-SOFTWARE,SURVEY,TRNING,INSTALL,LIVE,FOLLOWUP | SURVEY,TRAINING,INSTALL,LIVE,FOLLOWUP | 1.00 | HR |
| P-MAINTENANCE, 6 FOR 9 | PHONE SUPPORT MAINTENANCE 6 FOR 9 | 1.00 | EA |

Retail Control Solutions Inc
Phone: 781-444-7300  Fax: 781-444-7882
460 Hillside Ave., Lower Level
Needham, MA  02494



## Invoice

Number: **91480**

Date: 3/23/2007

**Attn: RYAN O'DONNELL**
**ROOM 21**
**2110 SOUTH WABASH**
**CHICAGO, IL 60616 U.S.A.**

ROOM 21
2110 SOUTH WABASH
CHICAGO, IL 60616 U.S.A.

| Acct. No. | A/R Cust. No. | Customer PO | Reference | Sales Rep | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 3424 | ROOM 21 | | SALES ORDER | David Herzig | | COD |

*Type: Installation*
*Brief Description: NEW*

| Item ID | Description | Qty. | UOM |
|---|---|---|---|
| P-MAINTENANCE, 6 FOR 9 , HARDWARE | HARDWARE MAINTENANCE 6 FOR 9 | 1.00 | HR |
| P-SOFTWARE, CHECK LOGO/SCREEN SAVER COMBO | Check Logo/Screen Saver Combo | 1 | EA |

Each Assembly Includes

| Item ID | Description | Qty. |
|---|---|---|
| P-SOFTWARE, CHECK LOGO | CUSTOM CHECK LOGO | 1.00 |
| P-SOFTWARE, CUSTOM SCREEN SAVER | CUSTOM SCREEN SAVER | 1.00 |

End of Assembly

| | |
|---|---|
| Item Total: | $28,506.00 |
| Tax at 7.750%: | $1,964.63 |
| SubTotal: | $30,470.63 |
| Less Deposit: | ($9,200.00) |
| **Total Amount Due:** | **$21,270.63** |

*(handwritten)*

PD IN FULL

Pd Manual
Chk# 103  11,000.⁰⁰

Balance  $10,270.⁶³
Chk# 340  5135.32

Balence = $5735.31
Chk# 435 = 5735.31

+ 2 Inv.
5282.61

All charges will incur a 1.5% late charge after 30 days.