AO 441  (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Edward A. Berman, on behalf of Himself and all
others similarly situated

**THIRD PARTY SUMMONS IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

2110-12 South Wabash LLC d/b/a Room 21,

| | |
|---|---|
| CASE NUMBER: | 08 C 324 |
| ASSIGNED JUDGE: | Judge Der-Yeghiayan |
| DESIGNATED MAGISTRATE JUDGE: | Judge Keys |

V. THIRD PARTY DEFENDANT

Retail Control Solutions, Inc.

---

TO: Name and address of Third Party Defendant

Retail Control Solutions, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Terrence Buehler/Jeffrey J. Halldin
Buehler & Williams
161 N. Clark St., Suite 2210
Chicago, IL  60601

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Peter A. Silverman/Michael T. Graham
Figliulo & Silverman, PC
10 S. LaSalle St., Suite 3600
Chicago, IL 60603

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint.  There is also served upon you herewith a copy of the complaint of the plaintiff.  You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*J. Cervantes*

(By) DEPUTY CLERK

MAR 1 4 2008

DATE

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant.  Place where _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

Executed on _____        _____
                Date            *Signature of Server*

                          _____
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

_Edward C. Benun_ PLAINTIFF/PETITIONER vs _210-12 S. Wabash LLC dba Room 21_ DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I _Aaron Willoughby_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Retail Central Solutions, Inc % CT Corp - Agent_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☑ _Third party summons in a civil action &_
_Third party complaint_

by serving (NAME) _Dawn Schulz CT Corporation Authorize To Accept_
~~at ☐ Home~~ _Service_
☎ Business _208 South LaSalle St Chicago IL 60604 Ste 814_
℗ on (DATE) _3-19-08_ at (TIME) _2:45 Pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____.

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Dawn Schulz_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading     ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding     ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
DATE   TIME                          DATE   TIME
( )_____, ( )_____, ( )_____,
DATE   TIME        DATE   TIME        DATE   TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☑ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this _21_ day of _March_, 20 _08_

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NARPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

### AFFIDAVIT OF SERVICE OF SUMMONS

was caused to be served upon counsel listed below on March 26, 2008 via Electronic Notification by the District Court's ECF Filing System.

/s/ Peter A. Silverman

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com