IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>2110-12 SOUTH WABASH LLC d/b/a Room 21,<br><br>  Defendant. | )<br>)<br>) Case No. 08 C 324<br>)<br>) Judge Der-Yeghiayan<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant, 2110-12 South Wabash LLC, d/b/a Room 21 ("Room 21"), through its attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby submits its Motion to Dismiss the Complaint of Plaintiff Edward A. Berman ("Berman") with prejudice for the reasons set forth in the attached Memorandum.

Dated: March 31, 2008

                              Respectfully Submitted,

                              **2110-12 SOUTH WABASH LLC
                              d/b/a ROOM 21**

                              By: /s/ Peter A. Silverman
                                  One of Its Attorneys

Peter A. Silverman
Michael T. Graham
FIGLIULO & SILVERMAN, P.C.
10 South La Salle Street, Suite 3600
Chicago, Illinois 60603
Ph:  312-251-4600
Fax: 312-251-4610

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

was caused to be served upon counsel listed below on March 31, 2008 via Electronic Notification by the District Court's ECF Filing System.

/s/ Peter A. Silverman

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com