UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of Himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No.   08 C 324 |
| v. ) ) | Judge Der-Yeghiayan |
| 2110-12 SOUTH WABASH LLC, d/b/a Room 21, ) ) ) | Magistrate Judge Keys |
| Defendant. ) | |

### NOTICE OF MOTION

On **Thursday, April 3, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, in Courtroom 1903, of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and shall then and there present the attached **DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

**Respectfully submitted,**

**2110-12 SOUTH WABASH LLC d/b/a ROOM 21**

By: /s/ Peter A. Silverman
     One of Its Attorneys

Peter A. Silverman (6183947)
Michael T. Graham (6280124)
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL  60603
312.251.4600
312.251.4610/fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

## NOTICE OF MOTION

was caused to be served upon counsel listed below on March 31, 2008 via Electronic Notification by the District Court's ECF Filing System.

/s/ Peter A. Silverman

Counsel:

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. Terrence Buehler**
  tbuehler@touhylaw.com
- **Jeffrey J. Halldin**
  jhalldin@touhylaw.com,srobinson@touhylaw.com