# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of Himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No.   08 C 324 |
| v. ) ) | Judge Der-Yeghiayan |
| 2110-12 SOUTH WABASH LLC, d/b/a Room 21, ) ) ) | Magistrate Judge Keys |
| Defendant. ) | |

### DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant 2110-12 South Wabash LLC, d/b/a Room 21 ("Room 21"), hereby offers to allow judgment to be entered against it in the amount of one thousand dollars, plus reasonable attorneys' fees and costs accrued.

Dated: March 13, 2008

2110-12 SOUTH WABASH LLC
d/b/a ROOM 21
By: _____
One of Its Attorneys

Peter A. Silverman (6196081)
Michael T. Graham (6280124)
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
312.251.4600
312.251.4610/fax

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing:

### DEFENDANT'S OFFER OF JUDGMENT

was caused to be served upon counsel listed below on March 13, 2008 via Messenger.

*/s/ Mil T. H/*

Counsel:

Terrence Buehler, Esq.
Jeffrey J. Halldin, Esq.
Buehler & Williams
161 N. Clark St.
Suite 2210
Chicago, IL 60601