# Exhibit C

**THE ON TIME COURIER** · 312-491-1320

# 312-491-1320 • DRIVERS MANIFEST

| CONTROL NO. | PICK UP FROM | DELIVER TO | SERVICE | PCS/WT. | TIME | RECEIVED BY |
|---|---|---|---|---|---|---|
| 491 005 | Alholm 450 221 N. LaSalle | Record Cops 1806 Services 30 N. LaSalle | ☐ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES 1 WEIGHT | P/U TIME 12:58 DEL. TIME 1:05 | Printed: Moran Signed: W Moran |
| 491 041 | MAPS 400 S. Jefferson | Post Office 433 W. Van Buren | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT 11 | P/U TIME 2:20 DEL. TIME 2:32 | Printed: Slid Mail Signed: Thru Slot |
| 491 042 | MAPS 400 S. Jefferson | University 1009 gt 401 N. Michigan | ☐ DIRECT ☒ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 2:19 DEL. TIME 3:03 | Printed: Sarah Johnson Signed: |
| 490 833 | LaSalle Loc 540 W. Madison | Smith Bucklin 22nd 401 N. Michigan | ☐ DIRECT ☒ PRIORITY ☐ BUDGET | PIECES 3 WEIGHT | P/U TIME 2:48 DEL. TIME 3:07 | Printed: S. Eddings Signed: |
| 490 833 | Smith Bucklin 401 N. Michigan | LaSalle 540 W. Madison | ☐ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES 2 WEIGHT 2 | P/U TIME 3:10 DEL. TIME 3:40 | Printed: M Lee Signed: M. Lee |
| 490 835 | Law Bulletin 415 N. State | Pretzel 1 S. Wacker | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 3:18 DEL. TIME 3:30 | Printed: M. Johnson Signed: |
| 490 836 | Chgo Title 171 N. Clark | DLA Piper 203 N. LaSalle | ☐ DIRECT ☒ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 4:00 DEL. TIME | Printed: Nothing There Signed: |
| 491 111 | Chgo Title 5th 171 N. Clark | Shaw Gussi's 321 N. Clark | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 4:08 DEL. TIME 4:20 | Printed: B Tolbert Signed: B Tolbert |
| 491 12_ | 209 S. LaSalle Tabet | Williams 2100 20 N. Wacker | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 4:40 DEL. TIME 4:57 | Printed: Emilia Signed: |
| ~~491~~ | ~~Figliulo 3600 10 S. LaSalle~~ | ~~2210 Buchler 161 N Clark~~ | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT | P/U TIME 4:46 DEL. TIME 5:08 | Printed: Touhy Signed: M Duffy |
| 491 | 10 S. LaSalle | | ☐ DIRECT ☐ PRIORITY ☒ BUDGET | PIECES WEIGHT | P/U TIME DEL. TIME | Printed: Signed: |
| 491 124 | DAJ 1840 10 S. Wacker | Horwood 3700 180 N. LaSalle | ☒ DIRECT ☐ PRIORITY ☐ BUDGET | PIECES WEIGHT 7 | P/U TIME 4:53 DEL. TIME 5:15 | Printed: L. Brown Signed: L. Brown |

TO THE BEST OF MY KNOWLEDGE I CERTIFY THAT ALL INFORMATION CONTAINED ON THIS MANIFEST IS CORRECT

DRIVER SIGNATURE: Mark Gentry    DAY: M TU W (TH) F SA SU    DATE: 3-13-08    DRIVER NUMBER: 716