# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Edward A. Berman
                            Plaintiff,

v.                                           Case No.: 1:08−cv−00324
                                           Honorable Samuel Der−Yeghiayan

2110−12 South Wabash LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan:Defendant's motion to dismiss [19] is entered and continued. Defendant's reply shall be filed by 04/10/08. Status hearing reset to 06/18/08 at 9:00 a.m. Status hearing set for 07/23/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.