IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD A. BERMAN, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>2110-12 SOUTH WABASH LLC d/b/a Room 21,<br><br>              Defendant. | )<br>)<br>)  Case No.  08 C 324<br>)<br>)  Judge Der-Yeghiayan<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, EDWARD A. BERMAN, and Defendant, 2110-12 SOUTH WABASH LLC d/b/a Room 21, by their undersigned attorneys, hereby stipulate to the dismissal of Plaintiff's claims with prejudice pursuant to their settlement agreement. Defendant reserves all rights and claims against Third Party Defendant Retail Control Solutions, Inc.

Dated: April 14, 2008

                              EDWARD A. BERMAN, Plaintiff

                              By: _____
                              Jeffrey J. Halldin
                              BUEHLER & WILLIAMS
                              161 North Clark Street
                              Suite 2210
                              Chicago, Illinois 60601
                              Phone: (312) 372-2209

Dated: April ___, 2008           2110-12 SOUTH WABASH LLC d/b/a Room 21, Defendant

                              By: _____
                              Peter A. Silverman
                              FIGLIULO & SILVERMAN, P.C.
                              10 South Lasalle Street
                              Suite 3600
                              Chicago, Illinois 60603
                              Phone: (312) 251-4600

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

The undersigned hereby certifies that on April 15, 2008 he caused the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using its Electronic Case Filing System which will send a Notice of Electronic Filing to the following Filing Users:

**Peter A. Silverman**

**Michael T. Graham**

The undersigned also certifies that on the above date he caused the foregoing document to be mailed by United States Postal Service to the following non-Filing Users:

Not Applicable

    /s/   Jeffrey J. Halldin
BUEHLER & WILLIAMS
Attorney for Plaintiff
161 North Clark Street
Suite 2210
Chicago, Illinois 60601
Phone: (312) 372-2209
Fax:    (312) 456-3838
Email: jhalldin@touhylaw.com